

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00756-CR

Teanna Danielle **SAN NICOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270C
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant was convicted of aggravated kidnapping but absconded prior to sentencing. Appellant filed a notice of appeal, and this court dismissed the appeal for want of jurisdiction because the trial court pronounced the sentence while appellant was not present. *San Nicolas v. State*, No. 04-18-00537-CR, 2018 WL 6793272, at *1 (Tex. App.—San Antonio Dec. 27, 2018, no pet.) (mem. op.) ("'If sentence is not orally pronounced in the defendant's presence, there is no valid judgment and nothing for [her] to appeal.'").

On September 27, 2019, the trial court amended the certification of defendant's right of appeal by re-signing and re-dating it. Like the original certification, the amended certification states this case "is not a plea-bargain case, and the defendant has the right of appeal[.]" The clerk's record, however, does not contain a new judgment reflecting that the sentence has been pronounced in appellant's presence.

Accordingly, we ABATE this case to the trial court and ORDER the trial court to enter a new judgment reflecting that the sentence has been pronounced in appellant's presence. The trial court is further ORDERED to file in this court within thirty (30) days of the date of this order a supplemental clerk's record containing the new judgment. All appellate filing dates are ABATED pending further orders from this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court